Opinion filed October 6, 2005












 
 
  
 
 







 
 
  
 
 




Opinion filed October 6,
2005

 

 

                                                                        In The

                                                                              

                     Eleventh Court
of Appeals

                                                                   __________

 

                                                          No. 11-05-00277-CV 

 

                                                    __________

 

                               IN RE DARON THOMPSON, Appellant

                                                              

 



 

                                                Original
Mandamus Proceeding

                                                                              



 

                                              M
E M O R A N D U M   O P I N I O N

 

Daron Thompson filed in this court an application for writ
of mandamus asking this court to direct the trial court to enter an order of
expunction.  On October 3, 2005, a clerk=s record containing a copy of the trial
court=s
expunction order was filed in this court.  
The mandamus action is, therefore, now moot.

The
application for writ of mandamus is dismissed as moot.

 

PER CURIAM

 

October 6, 2005

Not designated
for publication.  See TEX.R.APP.P.
47.2(a).

Panel consists
of:  Wright, C.J., and McCall, J.